**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2230

JOHN W. MILTON,

Plaintiff - Appellant,

versus

OFFICE OF PERSONNEL MANAGEMENT; UNITED STATES
OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-98-4098-PJM)

Submitted: December 16, 1999     Decided: December 21, 1999

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John W. Milton, Appellant Pro Se. Tamera Lynn Fine, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    John W. Milton appeals from the district court's order dismissing his complaint in which he sought to exempt his civil service retirement payments from a restitution claim arising out of a criminal conviction.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Milton v. Office of Personnel Management</u>, No. CA-98-4098-PJM (D. Md. Aug. 23, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>